IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| AGCS Marine Insurance Company<br><br>Plaintiff,<br><br>v.<br><br>Font Insurance, Inc., et al.,<br><br>Defendants. | Civil No. 18-1951 (GAG) |

**DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE 7.1 OF CIVIL PROCEDURE AND PUERTO RICO LOCAL RULE 7.1**

**COME NOW** Font Insurance, Inc. ("Font Insurance") and Manuel F. Font-Oronoz ("Mr. Font" and together with Font Insurance, "Defendants") and state as follows:

1. Font Insurance declares, pursuant to Fed.R.Civ.P. 7.1 and L. Civ. R. 7.1, that it is a privately-owned company.

2. Apart from that, Font Insurance does not have a parent company, subsidiaries, or affiliates that have issued shares to the public.

**WHEREFORE**, Font Insurance, Inc. and Manuel J. Font-Oronoz request that the Court take notice of the foregoing.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 8th day of April, 2019.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of the instant filing to all CM/ECF participants in this case.

[Remainder of Page Intentionally Left Blank]

00644860; 1

**O'NEILL & BORGES** <sup>LLC</sup>
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Telephone: 787-764-8181
Fax: 787-753-8944

*s/Omayra Sepulveda-Vega*
Omayra Sepulveda-Vega
USDC No. 231808
omayra.sepulveda@oneillborges.com

*s/Daniel J. Perez-Refojos*
Daniel J. Perez-Refojos
USDC No. 303909
daniel.perez@oneillborges.com

*s/Briseida Torres Reyes*
Briseida Torres Reyes
USDC-PR No. 304005
briseida.torres@oneillborges.com