IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| AGCS MARINE INSURANCE COMPANY,<br><br>PLAINTIFF<br><br>v.<br><br>FONT INSURANCE, INC., et al.<br><br>DEFENDANTS | CIVIL NO. 18-cv-1951 (GAG) |

**MOTION TO STRIKE PLAINTIFF'S MOTION TO COMPEL OR, IN THE ALTERNATIVE, FOR LEAVE TO EXCEED PAGE LIMITATION**

**COME NOW** Font Insurance, Inc. ("Font Insurance") and Mr. Manuel F. Font ("Mr. Font" and together with Font Insurance, "Defendants") and request that the Court strike the Motion to Compel Discovery Relevant to Plaintiff's Expert Report (the "Motion to Compel") filed by AGCS Marine Insurance Company ("Plaintiff") or, in the alternative, that it allow Defendants to file an Opposition in excess of the page limitation of Local Civil Rule 7(d).

1. As relevant here, on July 28, 2020, Plaintiff filed a 22-page Motion to Compel (Docket No. 50).

2. The Motion to Compel fails to abide by Local Civil Rule 7(d), which states, in pertinent part, that "[n]on-dispositive motions and memoranda or oppositions to those motions shall not exceed fifteen (15) pages in length." L. Civ. R. 7(d).

3. Plaintiff did not seek leave to exceed the page limitation contained in Local Civil Rule 7(d) or otherwise include any justification that would merit any such leave.

4. On this basis, Plaintiff's Motion to Compel should be stricken from the record.

5. In the alternative, if the Court were to allow Plaintiff's Motion to Compel, then Defendants respectfully request leave to file its Opposition to the Motion to Compel in excess of the page limitation contained in Local Civil Rule 7(d) so as to properly address all the arguments raised in the 22-page Motion to Compel.

**WHEREFORE**, Defendants request that the Court (1) strike Plaintiff's Motion to Compel on the basis that it fails to abide by Local Civil Rule 7(d) or, in the alternative, that (2) allow Defendants to file an Opposition to the Motion to Compel in excess of the 15-page limitation of Local Civil Rule 7(d).

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 11th day of August, 2020.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties appearing in said system.

**O'NEILL & BORGES LLC**
250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*s/Omayra Sepulveda-Vega*
Omayra Sepulveda-Vega
USDC No. 231808
omayra.sepulveda@oneillborges.com

*s/Daniel J. Perez-Refojos*
Daniel J. Perez-Refojos
USDC No. 303909
daniel.perez@oneillborges.com