### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| AGCS MARINE INSURANCE COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>FONT INSURANCE, INC.; MANUEL J. FONT-ORONÓZ, JANE DOE AND THE CONJUGAL PARTNERSHIP FORMED BY THEM; ABC INSURANCE COMPANY; and DEFENDANTS A AND B.<br><br>*Defendants*. | CIVIL NO. 18-cv-1951 (GAG-CVR) |

## MOTION REQUESTING BRIEF EXTENSION OF TIME TO FILE REPLY BRIEF

**TO HONORABLE COURT:**

COMES NOW **AGCS Marine Insurance Company** ("AGCS"), and by its undersigned counsel, most respectfully STATES and PRAYS:

On August 12, 2020, this Honorable Court ordered AGCS to reply to defendants' Memorandum in Opposition --related to ACGS' pending motion to dismiss-- by today, August 12, 2020 (Docket No. 56).

Despite plaintiff's best efforts, the term provided by the Court was not sufficient to complete said reply. Consequently, AGCS hereby requests a brief extension of time of one (1) day, to expire of August 18, 2020, to file the reply required by the Court.

*Motion Requesting Brief Extension…*
Civil No. **(GAG-CVR)**
Page 2

**WHEREFORE,** plaintiff most respectfully request that the Court grant the present motion and grant the one (1) day extension of time requested herein.

**WE HEREBY CERTIFY** that on this same date preceding motion was filed with the court's CM/ECF system, which will notify all counsel of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 17th day of August 2020.

**EDGE Legal, LLC**
252 Ponce de León Ave
Citibank Tower, Suite 1200
San Juan, Puerto Rico 00918
Tel (787) 522-2000
Fax (787) 522-2010

*s/Eyck O. Lugo*
Eyck O. Lugo
USDC-PR No. 216708